AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Daniel Troya | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-767 |
| Federal Bureau of Prisons, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Troya.

Date: 03/21/2022

/s/ Christine Choi
*Attorney's signature*

Christine Choi (D.C. Bar. No. 1708164)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001

*Address*

christine.choi@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*