## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL TROYA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 22-767 |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.* | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

### [PROPOSED] ORDER

The Court, having considered Plaintiff's Motion for Preliminary Injunction as well as the parties' briefing, evidence, and oral arguments, and having been sufficiently advised and informed,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED;

IT IS FURTHER ORDERED that Defendants and their officers, agents, servants, employees, and attorneys shall not take any actions to apply the "prior relationship rule" set forth in 28 C.F.R. § 540.44(c) when evaluating Federal Bureau of Prisons inmates' requests to permit visits by immediate family members identified in 28 C.F.R. § 540.44(a); and

IT IS FURTHER ORDERED that Defendants' denial of Plaintiff's request to permit his spouse to visit him in a non-contact setting is VACATED AND REVERSED.

IT IS SO ORDERED on this the ___ day of April, 2022 .

_____

United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys, if known, and parties entitled to be notified of the proposed order's entry:

FEDERAL BUREAU OF PRISONS
320 First St. NW
Washington, D.C. 20534

MICHAEL CARVAJAL
*in his official capacity as Director*
*of the Federal Bureau of Prisons*
320 First St. NW, Suite 654
Washington, D.C. 20534

ANDRE MATEVOUSIAN
*in his official capacity as Regional Director*
*of the North Central Region*
*of the Federal Bureau of Prisons*
400 State Ave., Suite 800
Kansas City, KS 66101

STEVEN KALLIS
*in his official capacity as Acting Warden*
USP Terre Haute, U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

DANIEL TROYA
Register No. 75817-004
P.O. Box 33
Terre Haute, IN 47808
*To be contacted through counsel:*
Murad Hussain (D.C. Bar No. 999278)
Christine J. Choi (D.C. Bar No. 1708164)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Murad.Hussain@arnoldporter.com
Christine.Choi@arnoldporter.com