## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, I caused to be served on all Defendants true copies of the foregoing Motion for Preliminary Injunction and the Memorandum, Declarations, and Exhibits in support thereof, which will be served simultaneously with service (via certified U.S. mail) of the Complaint and summonses in this action.

      */s/ Murad Hussain*
Murad Hussain (D.C. Bar No. 999278)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
Murad.Hussain@arnoldporter.com

*Attorney for Plaintiff*